49881
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Credit Acceptance Corporation
JM5630_____

UNITED STATES
BANKRUPTCY COURT FOR
THE DISTRICT OF NEW
JERSEY

IN RE:  MARK A. DOWNING
        NADINE A. DOWNING

CHAPTER:13
CASE NO.: 19-25219 (ABA)
HEARING DATE:

NOTICE OF APPEARANCE
AND REQUEST FOR ALL
NOTICES, PLAN AND
DISCLOSURE STATEMENTS

Credit Acceptance Corporation hereby enters its appearance and the law firm of John R.

Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as

attorneys for Credit Acceptance Corporation with regard to all matters and proceedings in

the above captioned case, showing counsel's name, office address and telephone number

as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Credit Acceptance Corporation, pursuant to Fed R Bankr P 2002, hereby requests that all

notices required to be given under Fed R Bankr P 2002, including notices under Fed R

Bankr P 2002(I), that, but for this Request, would be provided only to committees

appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Credit

Acceptance Corporation by due service upon its undersigned attorneys, John R. Morton,

Jr., Esquire, at the address stated above and also to it at the following address:

Credit Acceptance Corporation
25505 West 12 Mile Road
Southfield, Michigan 48034

Credit Acceptance Corporation pursuant to Fed R Bankr P 3017(a), further requests that

all plans and disclosure statements filed herein by any party be duly served upon it and its

undersigned attorneys.

/s/   John R. Morton, Jr.   __
        John R. Morton, Jr., Esquire
        Attorney for Credit Acceptance
        Corporation

Dated: