

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, N.J. 08695-0245



March 11, 2020

United States Bankruptcy Court
District of New Jersey
Attn: Bankruptcy Court Clerk
401 Market Street
Camden, NJ 08101-2067

    RE:    Mark & Nadine Downing
              Chapter 13 Proceedings
              #19-25219-ABA

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

To Whom It May Concern:

The State of New Jersey Division of Taxation hereby withdrawals the following proof of claim:

        **Claim #9-1............................Amt: $10,118.06**

The above claim is to be henceforth treated as withdrawn, or having never been filed. Should you have any questions, please direct them as indicated below.

Date: 03/11/2020        Signed: _____
                                                            Authorized Agent
                                         For the New Jersey Division of Taxation
                                                       Halpin Stephen

IN REPLY REFER TO:
Halpin Stephen, Investigator
New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245
(609) 633-2484