**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Seymour Wasserstrum, Esq
Law Offices of Seymour Wasserstrum
Attorneys at Law
205 W. Landis Avenue
Vineland, NJ 08360
P: (856) 696-8300
F: (856) 696-6962
Attorneys for Debtors
Mylawyer7@aol.com

Order Filed on April 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**Mark A. Downing and Nadine A. Downing**

Case No.:   19-25219

Chapter     13

**Hearing Date**: 4/7/2020 at 10:00 a.m.

**Judge**:     ABA

## ORDER TO SUSPEND TRUSTEE PAYMENTS TO ISABEL C. BALBOA FOR FOUR MONTHS

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: April 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
**Debtors: Mark A. Downing and Nadine A. Downing**
**Case No: 19-25219-ABA**
**Caption of Order: To Suspend the Trustee Payments to Isabel C. Balboa for Four Months**

Upon consideration of Mark A. Downing and Nadine A. Downing's Motion for an Order to Suspend Trustee Payments to Isabel C. Balboa for Four Months and good cause appearing therefore, it is hereby

**ORDERED AND ADJUDGED** that Trustee payments to Isabel C. Balboa are suspended for four months;

**IT IS FURTHER ORDERED THAT** Debtor's plan shall continue at $4,207.12 paid to date, then $1,280.00 for 52 remaining months starting May 1, 2020.