| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Seymour Wasserstrum, Esq<br>Law Offices of Seymour Wasserstrum<br>Attorneys at Law<br>205 W. Landis Avenue<br>Vineland, NJ 08360<br>P: (856) 696-8300<br>F: (856) 696-6962<br>Attorneys for Debtors<br>Mylawyer7@aol.com<br>In Re:<br><br>Mark A. Downing and Nadine A. Downing | Case No.: 19-25219<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: 4/7/2020 @ 10:00 a.m.<br><br>Judge: ABA |

## CERTIFICATION OF SERVICE

1. I, Danielle Dennis:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Seymour Wasserstrum, Esq., who represents the Debtors in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 8, 2020 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Order Granting Motion to Suspend Trustee Payments**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 8, 2020                                                    /s/Danielle Dennis
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br><br>John R. Morton, Jr.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Ave<br>Suite 301<br>Moorestown, NJ 08057<br><br>Phillip Andrew Raymond<br>McCalla Raymer Leibert Pierce LLC<br>420 Lexington Avenue<br>Suite 840<br>New York, NY 10170<br><br>Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Chapter 13 Trustee<br><br><br><br>Counsel for Credit Acceptance Corporation<br><br><br><br>Counsel for JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC<br><br><br>Counsel for Harley Davidson | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |
| Mark A. Downing and Nadine A. Downing<br>960 Mars Place<br>Vineland, NJ 08360 | Debtors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |

| | | |
|---|---|---|
| Aaron's<br>PO Box 102746<br>Atlanta, GA 30368<br><br>Aaron's Sales and Leasing<br>106 West Landis Ave Suite 7<br>Vineland, NJ 08360<br><br>American Infosource<br>PO Box 268941<br>Oklahoma City, OK 73126<br><br>Apex Asset Management 2501<br>Oregon Pike Ste 102 c/o Center<br>for Diagnostic Imaging<br>Lancaster, PA 17601<br><br>Caine & Weiner PO Box 55848 c/o<br>progressive insurance<br>Sherman Oaks, CA 91413<br><br>Chase<br>PO Box 24696<br>Columbus, OH 43224<br><br>City Of Vineland<br>640 E Wood St - Po Box 1508<br>Tax Office<br>Vineland, NJ 08362<br><br>Comcast<br>PO Box 3006<br>Southeastern, PA 19398-3006<br><br>COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011<br><br>Comenity capital/Boscov's<br>PO Box 182120<br>Columbus, OH 43218-2120<br><br>CREDIT ACCEPTANCE<br>25505 WEST 12 MILE RD<br>SOUTHFIELD, MI 48034 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |

Credit Acceptance
PO Box 5070
Southfield, MI 48086

Credit Acceptance Corp.
25505 W 12 Mile Rd
Suite 3000
Southfield, MI 48034-1846

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Duvera Collections
1910 Palomar Point Way ste 101
Carlsbad, CA 92008

Duvera Financial dba: Easy Pay Finance
PO Box 2549
Carlsbad CA 92018

Ecast Settlement Corp
PO Box 29262
New York, NY 10087-9262

EZ Pass
PO Box 52002
Newark, NJ 07101

Harley Davidson Credit
3850 Arrowhead Dr
Carson City, NV 89706

Harley Davidson Credit Corp
Dept 15129
Palatine, IL 60055-5129

Harley-Davidson
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001

| | | |
|---|---|---|
| IC Systems<br>Po Box 64378<br>c/o Advocare Family Medicine<br>Saint Paul, MN 55164<br><br>Inspira Health Network<br>1505 W. Sherman Avenue<br>Vineland, NJ 08360<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>Internal Revenue Service<br>P.O. Box 744<br>Special Procedure Branch<br>Springfield, NJ 07081<br><br>Internal Revenue Service<br>Po Box 725 Special Procedures Function<br>Springfield, NJ 07081<br><br>IRS<br>PO Box 744<br>Springfield, NJ 07081-0744<br><br>J&D Furniture<br>986 S Delsea Dr<br>Vineland, NJ 08361<br><br>JPMC Specialty Mortgage LLC<br>Chase Records Center<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203<br><br>LVNV Funding LLC<br>PO Box 10584<br>Greenville, SC 29603<br><br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | | |

NJ Housing & Mort Finance Agency
PO Box 18550
Trenton, NJ 08650-2085

PMAB LLC
4135 S Stream Blvd Ste
Charlotte, NC 28217

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
c/o Care Credit
POB 41067
Norfolk VA 23541

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

South Jersey Gas
Po Box 577
Attn: Mrs. DeMarco
Hammonton, NJ 08037

South Jersey Health System
PO Box 3129
Secaucus, NJ 07096

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
P.O. BOX 245
TRENTON, NJ 08695-0245

State Of New Jersey
PO Box 951
Dept Of Labor and Workforce
Development
Trenton, NJ 08625-0951

| | | |
|---|---|---|
| State Of New Jersey<br>P.O. Box 445<br>Department Of Treasury<br>Trenton, NJ 08695<br><br>State of New Jersey Department of Labor<br>P O BOX 951<br>Trenton NJ 08625<br><br>Syncb/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036<br><br>Syncb/Wal-Mart<br>Po Box 956024<br>Orlando, FL 32896-5024<br><br>Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><br>Verizon<br>500 Technology Dr Ste 300<br>Weldon Spring, MO 63304<br><br>Wells Fargo Bank<br>P.O. Box 14517<br>Des Moines, IA 50306<br><br>Wells Fargo Bank N.A., d/b/a Wells Fargo Auto<br>PO Box 130000<br>Raleigh, NC 27605<br><br>Wells Fargo Dealer Services<br>Po Box 1697<br>Winterville, NC 28590 | | |