| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Seymour Wasserstrum, Esq <br> Law Offices of Seymour Wasserstrum <br> Attorneys at Law <br> 205 W. Landis Avenue <br> Vineland, NJ 08360 <br> P: (856) 696-8300 <br> F: (856) 696-6962 <br> Attorneys for Debtors <br> Mylawyer7@aol.com | Order Filed on April 7, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| **In Re:** <br><br> **Mark A. Downing and Nadine A. Downing** | Case No.: 19-25219 <br><br> Chapter 13 <br><br> Hearing Date: 4/7/2020 at 10:00 a.m. <br><br> Judge: ABA |

### ORDER TO SUSPEND TRUSTEE PAYMENTS TO ISABEL C. BALBOA FOR FOUR MONTHS

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: April 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors: Mark A. Downing and Nadine A. Downing**
**Case No: 19-25219-ABA**
**Caption of Order: To Suspend the Trustee Payments to Isabel C. Balboa for Four Months**

Upon consideration of Mark A. Downing and Nadine A. Downing's Motion for an Order to Suspend Trustee Payments to Isabel C. Balboa for Four Months and good cause appearing therefore, it is hereby

**ORDERED AND ADJUDGED** that Trustee payments to Isabel C. Balboa are suspended for four months;

**IT IS FURTHER ORDERED THAT** Debtor's plan shall continue at $4,207.12 paid to date, then $1,280.00 for 52 remaining months starting May 1, 2020.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 19-25219-ABA
Mark A Downing                                                      Chapter 13
Nadine A Downing
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Apr 08, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.
db/jdb         +Mark A Downing,   Nadine A Downing,   960 Mars Place,   Vineland, NJ 08360-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Melissa N. Licker    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Nadine A Downing mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              Seymour  Wasserstrum    on behalf of Debtor Mark A Downing mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9