|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on April 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mark A. Downing and Nadine A. Downing | Case No.:  19-25219<br>Chapter:  13<br>Hearing Date:<br>Judge:  ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 16, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Mark A. Downing and Nadine A. Downing
Case No.: 19-25219/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $919.25 for services rendered and expenses in the amount of $64.40 for a total of $983.65. The allowance shall be payable:**

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

**The debtors' monthly plan payments increase $1,301.00 for the remaining 52 months commencing on 5/1/2020.**

United States Bankruptcy Court
District of New Jersey

In re:  
Mark A Downing  
Nadine A Downing  
     Debtors

Case No. 19-25219-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Apr 16, 2020
                            Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
db/jdb         +Mark A Downing,   Nadine A Downing,   960 Mars Place,   Vineland, NJ 08360-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
         ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Melissa N. Licker    on behalf of Creditor   JPMC Specialty Mortgage LLC f/k/a WM Specialty
         Mortgage LLC NJ_ECF_Notices@mccalla.com
        Phillip Andrew Raymond    on behalf of Creditor   JPMC Specialty Mortgage LLC f/k/a WM Specialty
         Mortgage LLC phillip.raymond@mccalla.com,  mccallaecf@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor   Harley-Davidson rsolarz@kmllawgroup.com
        Seymour  Wasserstrum    on behalf of Joint Debtor Nadine A Downing mylawyer7@aol.com,
         ecf@seymourlaw.net;r47769@notify.bestcase.com
        Seymour  Wasserstrum    on behalf of Debtor Mark A Downing mylawyer7@aol.com,
         ecf@seymourlaw.net;r47769@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9