# LAW OFFICES OF SEYMOUR WASSERSTRUM

**ATTORNEYS AT LAW**

| | |
|---|---|
| 205 W. LANDIS AVE<br>VINELAND, NJ 08360 | 1040 N. KINGS HWY, SUITE 304<br>CHERRY HILL, NJ 08002<br>*Do not mail to this address |

SEYMOUR WASSERSTRUM  
WILLIAM CLUNN  
CORY WOERNER  

TELEPHONE: (856) 696-8300

FACSIMILE: (856) 696-6962

September 11, 2020

Honorable Andrew B. Altenburg, USBJ  
US Bankruptcy Court – Clerk's Office  
4th and Cooper Street, Second Floor  
Camden, NJ 08102

    Re:    Mark and Nadine Downing  
            Chapter 13 Case No.: 19-25219/ABA  
            Withdraw of Motion to Reinstate the Automatic Stay

Dear Judge Altenburg:

Please accept this letter as our request to withdraw the Motion to Reinstate the Automatic Stay as to the creditor Harley Davidson Credit Corp., which was filed on August 3, 2020, under docket number 42.

Thank you for your kind attention.

Respectfully Submitted,

/s/ Seymour Wasserstrum, Esq.  
Seymour Wasserstrum, Esq.