# LAW OFFICES OF SEYMOUR WASSERSTRUM

**ATTORNEYS AT LAW**

| | |
|---|---|
| 205 W. LANDIS AVE<br>VINELAND, NJ 08360 | 1040 N. KINGS HWY, SUITE 304<br>CHERRY HILL, NJ 08002<br>*Do not mail to this address |

SEYMOUR WASSERSTRUM  
WILLIAM CLUNN  
CORY WOERNER

TELEPHONE: (856) 696-8300

FACSIMILE: (856) 696-6962

September 23, 2020

Honorable Andrew B. Altenburg, USBJ  
US Bankruptcy Court – Clerk's Office  
4th and Cooper Street, Second Floor  
Camden, NJ 08102

    Re:    Mark A. and Nadine A. Downing  
            Chapter 13 Case No.: 19-25219/ABA  
            Withdraw of Modified Chapter 13 Plan

Dear Judge Altenburg:

    Please accept this letter as our request to withdraw the Modified Chapter 13 Plan, which was filed on September 3, 2020, under docket number 44.

    Thank you for your kind attention.

    Respectfully Submitted,

    /s/ Seymour Wasserstrum, Esq.  
    Seymour Wasserstrum, Esq.