UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
485F Route 1 South, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ _ECF_ Notices@mccalla.com
Attorneys for Secured Creditor

In Re:

Mark A Downing
dba Downing Trucking

Case No.: __19-25219-ABA__

Chapter: __13__

Hearing Date: _____

Judge: __Andrew B. Altenburg Jr.__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Objection to Confirmation of Plan   (ECF No. 13) _____

_____

Date: October 2, 2020

/s/ Phillip Raymond_____
Signature

*rev.8/1/15*