Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−25219−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark A Downing
dba Downing Trucking
960 Mars Place
Vineland, NJ 08360

Nadine A Downing
960 Mars Place
Vineland, NJ 08360

Social Security No.:
xxx−xx−5773                                            xxx−xx−2183

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 10, 2020.

Dated: December 10, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mark A Downing  
Nadine A Downing  
    Debtor(s)

Case No. 19-25219-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Dec 10, 2020     Form ID: plncf13     Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A Downing, Nadine A Downing, 960 Mars Place, Vineland, NJ 08360-2627 |
| cr | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08646-0245 |
| 518394117 | + | Aaron's, PO Box 102746, Atlanta, GA 30368-2746 |
| 518394118 | + | Aaron's Sales And Leasing, 106 West Landis Ave Suite 7, Vineland, NJ 08360-8114 |
| 518394120 | + | Apex Asset Management, 2501 Oregon Pike Ste 102, c/o Center for Diagnostic Imaging, Lancaster, PA 17601-4890 |
| 518394121 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, c/o progressive insurance, Sherman Oaks, CA 91413 |
| 518394123 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 518394124 | + | City Of Vineland, 640 E Wood St - Po Box 1508, Tax Office, Vineland, NJ 08362-1508 |
| 518394131 | + | EZ Pass, PO Box 52002, Newark, NJ 07101-8202 |
| 518394130 | | Ecast Settlement Corp, PO Box 29262, New York, NY 10087-9262 |
| 518394133 | | Harley Davidson Credit Corp, Dept 15129, Palatine, IL 60055-5129 |
| 518476544 | + | Harley-Davidson, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518422375 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518394134 | + | IC Systems, Po Box 64378, c/o Advocare Family Medicine, Saint Paul, MN 55164-0378 |
| 518394135 | + | Inspira Health Network, 1505 W. Sherman Avenue, Vineland, NJ 08360-7059 |
| 518394140 | + | J&D Furniture, 986 S Delsea Dr, Vineland, NJ 08360-4465 |
| 518486444 | + | John R. Morton, Jr., Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 518394142 | | NJ Housing & Mort Finance Agency, PO Box 18550, Trenton, NJ 08650-2085 |
| 518889388 | + | New Jersey Turnpike Authority, Mark Schneider Esq, 1 Turnpike Plaza, PO Box 5042, Woodbridge NJ 07095-5042 |
| 518394147 | + | South Jersey Gas, Po Box 577, Attn: Mrs. DeMarco, Hammonton, NJ 08037-0577 |
| 518394148 | + | South Jersey Health System, PO Box 3129, Secaucus, NJ 07096-3129 |
| 518394149 | | State Of New Jersey, PO Box 951, Dept Of Labor And Workforce Development, Trenton, NJ 08625-0951 |
| 518394150 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518418492 | + | State of New Jersey Department of Labor, P O BOX 951, Trenton NJ 08625-0951 |
| 518394154 | + | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518430776 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518394155 | + | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518394119 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 10 2020 23:42:52 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 518406638 | + | Email/Text: documentfiling@lciinc.com | Dec 10 2020 22:21:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |

Case 19-25219-ABA   Doc 57   Filed 12/12/20   Entered 12/13/20 00:20:52   Desc Imaged
                        Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 56 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518406589 | | Email/Text: ebnnotifications@creditacceptance.com Dec 10 2020 22:21:00 | | CREDIT ACCEPTANCE, 25505 WEST 12 MILE RD, SOUTHFIELD , MI 48034 |
| 518394125 | | Email/Text: documentfiling@lciinc.com Dec 10 2020 22:21:00 | | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |
| 518394127 | + | Email/Text: ebnnotifications@creditacceptance.com Dec 10 2020 22:21:00 | | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 518406808 | + | Email/Text: ebnnotifications@creditacceptance.com Dec 10 2020 22:22:00 | | Credit Acceptance Corp., 25505 W 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518394128 | | Email/PDF: creditonebknotifications@resurgent.com Dec 10 2020 23:42:21 | | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 518394129 | | Email/Text: operationsclerk@easypayfinance.com Dec 10 2020 22:21:00 | | Duvera Collections, 1910 Palomar Point Wayste 101, Carlsbad, CA 92008 |
| 518461811 | | Email/Text: operationsclerk@easypayfinance.com Dec 10 2020 22:21:00 | | Duvera Financial, dba: Easy Pay Finance, PO Box 2549, Carlsbad CA 92018 |
| 518394132 | + | Email/Text: bankruptcy.notices@hdfsi.com Dec 10 2020 22:24:00 | | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 518394139 | | Email/Text: sbse.cio.bnc.mail@irs.gov Dec 10 2020 22:22:00 | | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518394122 | | Email/PDF: ais.chase.ebn@americaninfosource.com Dec 10 2020 23:46:03 | | Chase, PO Box 24696, Columbus, OH 43224 |
| 518506519 | | Email/PDF: ais.chase.ebn@americaninfosource.com Dec 10 2020 23:46:03 | | JPMC Specialty Mortgage LLC, f/k/a WM Specialty Mortgage LLC, Chase Records Center, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518394141 | + | Email/PDF: resurgentbknotifications@resurgent.com Dec 10 2020 23:50:30 | | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 518407565 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 10 2020 23:46:28 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518394143 | + | Email/Text: EBN_Waco@Receivemorermp.com Dec 10 2020 22:24:00 | | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518394144 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 10 2020 22:22:00 | | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518394145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2020 23:46:14 | | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 518491789 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2020 23:42:29 | | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518394146 | | Email/Text: bnc-quantum@quantum3group.com Dec 10 2020 22:23:00 | | Quantum 3 Group, C/O Sandino Funding LLC., PO Box 788, Kirkland, WA 98083-0788 |
| 518403755 | | Email/Text: bnc-quantum@quantum3group.com Dec 10 2020 22:23:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518394151 | | Email/PDF: gecsedi@recoverycorp.com Dec 10 2020 23:42:04 | | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518394152 | | Email/PDF: gecsedi@recoverycorp.com Dec 10 2020 23:49:55 | | Syncb/Wal-Mart, Po Box 956024, Orlando, FL 32896-5024 |
| 518395736 | + | Email/PDF: gecsedi@recoverycorp.com Dec 10 2020 23:49:56 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518497620 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2020 23:46:42 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518394153 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 10 2020 22:21:00 | | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |
| 518394126 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2020 22:23:00 | | comenitycapital/boscovs, PO Box 182120, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 56 |

Columbus, OH 43218-2120

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518394138 | * | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518394136 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518394137 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518421026 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Melissa N. Licker | on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Harley-Davidson rsolarz@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Mark A Downing mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Nadine A Downing mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 56

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10