UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

In Re:

Mark A Downing
dba Downing Trucking

Case No.: 19-25219-ABA

Adv. No.: _____

Chapter: 13

Hearing Date: August 23, 2022

Judge: Andrew B. Altenburg Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Phillip Raymond_____,

    ☒    am the attorney for: Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC

    ☐    am self-represented

    Phone number: 732-902-5399

    Email address: NJ_ECF_Notices@mccalla.com

2. I request an adjournment of the following hearing:

    Matter: Motion for Relief from Stay  (ECF No. 60)

    Current hearing date and time: August 23, 2022 at 10:00 a.m.

    New date requested: September 27, 2022 at 10:00 a.m.

    Reason for adjournment request: Settlement discussions

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: August 19, 2022                                         /s/ Phillip Raymond
                                                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 9/27/22 @ 10 A.M.            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2