Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19–25219–ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark A Downing | Nadine A Downing |
| dba Downing Trucking | 960 Mars Place |
| 960 Mars Place | Vineland, NJ 08360 |
| Vineland, NJ 08360 | |

Social Security No.:
  xxx–xx–5773                                     xxx–xx–2183

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

     On October 24, 2022 a NOTICE OF HEARING ON CONFIRMATION OF PLAN was sent out by the Court which contained an administrative error.

     This notice hereby amends the notice to correct the following information:

Original incorrect information:
NO LOCATION LISTED FOR CONFIRMATION HEARING

Corrected to state:
A plan was confirmed in this case on 12/10/2020, and a modified plan was filed 10/24/22.
Confirmation on this modified plan is scheduled for 11/30/22 at 9:00 in Courtroom 4–B

     The amendment of this notice does not affect deadlines that have been previously set.

Dated: October 25, 2022
JAN: def

                                                                                 Jeanne Naughton
                                                                                 Clerk