Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–25219–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark A Downing                          Nadine A Downing
dba Downing Trucking                    960 Mars Place
960 Mars Place                          Vineland, NJ 08360
Vineland, NJ 08360

Social Security No.:
   xxx–xx–5773                          xxx–xx–2183

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/30/22
Time:            09:00 AM
Location:

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 24, 2022
JAN:

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 19-25219-ABA

Mark A Downing                                                                          Chapter 13

Nadine A Downing

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                          Page 1 of 4

Date Rcvd: Oct 24, 2022                       Form ID: 132                                   Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A Downing, Nadine A Downing, 960 Mars Place, Vineland, NJ 08360-2627 |
| cr | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08646-0245 |
| 518394123 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 518394124 | + | City Of Vineland, 640 E Wood St - Po Box 1508, Tax Office, Vineland, NJ 08362-1508 |
| 518394131 | + | EZ Pass, PO Box 52002, Newark, NJ 07101-8202 |
| 518394133 | | Harley Davidson Credit Corp, Dept 15129, Palatine, IL 60055-5129 |
| 518476544 | + | Harley-Davidson, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518394135 | + | Inspira Health Network, 1505 W. Sherman Avenue, Vineland, NJ 08360-7059 |
| 518394140 | + | J&D Furniture, 986 S Delsea Dr, Vineland, NJ 08360-4465 |
| 518486444 | + | John R. Morton, Jr., Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 518394142 | | NJ Housing & Mort Finance Agency, PO Box 18550, Trenton, NJ 08650-2085 |
| 518421026 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518394147 | + | South Jersey Gas, Po Box 577, Attn: Mrs. DeMarco, Hammonton, NJ 08037-0577 |
| 518394148 | + | South Jersey Health System, PO Box 3129, Secaucus, NJ 07096-3129 |
| 518394149 | | State Of New Jersey, PO Box 951, Dept Of Labor And Workforce Development, Trenton, NJ 08625-0951 |
| 518394150 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518418492 | + | State of New Jersey Department of Labor, P O BOX 951, Trenton NJ 08625-0951 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 24 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 24 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518394117 | + | Email/Text: bankruptcynotices@aarons.com | Oct 24 2022 20:40:00 | Aaron's, PO Box 102746, Atlanta, GA 30368-2746 |
| 518394118 | + | Email/Text: bankruptcynotices@aarons.com | Oct 24 2022 20:40:00 | Aaron's Sales And Leasing, 106 West Landis Ave Suite 7, Vineland, NJ 08360-8114 |
| 518394119 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 24 2022 20:38:42 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 518394120 | ^ | MEBN | Oct 24 2022 20:33:07 | Apex Asset Management, 2501 Oregon Pike Ste 102, c/o Center for Diagnostic Imaging, Lancaster, PA 17601-4890 |
| 518394121 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 24 2022 20:40:00 | Caine & Weiner, PO Box 55848, c/o progressive insurance, Sherman Oaks, CA 91413 |
| 518406638 | + | Email/Text: documentfiling@lciinc.com | Oct 24 2022 20:39:00 | COMCAST, PO BOX 1931, Burlingame, CA |

District/off: 0312-1                                      User: admin                                      Page 2 of 4
Date Rcvd: Oct 24, 2022                                   Form ID: 132                                     Total Noticed: 57

|  |  |  |  |
|---|---|---|---|
|  |  |  | 94011-1931 |
| 518406589 | Email/Text: ebnnotifications@creditacceptance.com | Oct 24 2022 20:39:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE RD, SOUTHFIELD , MI 48034 |
| 518394125 | Email/Text: documentfiling@lciinc.com | Oct 24 2022 20:39:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |
| 518394127 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 24 2022 20:39:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 518406808 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 24 2022 20:39:00 | Credit Acceptance Corp., 25505 W 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518394128 | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2022 20:38:42 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 518394129 | Email/Text: operationsclerk@easypayfinance.com | Oct 24 2022 20:39:00 | Duvera Collections, 1910 Palomar Point Wayste 101, Carlsbad, CA 92008 |
| 518461811 | Email/Text: operationsclerk@easypayfinance.com | Oct 24 2022 20:39:00 | Duvera Financial, dba: Easy Pay Finance, PO Box 2549, Carlsbad CA 92018 |
| 518394130 | Email/PDF: bncnotices@becket-lee.com | Oct 24 2022 20:39:10 | Ecast Settlement Corp, PO Box 29262, New York, NY 10087-9262 |
| 518394132 | + Email/Text: bankruptcy.notices@hdfsi.com | Oct 24 2022 20:40:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 518422375 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 24 2022 20:39:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518394134 | Email/Text: Bankruptcy@ICSystem.com | Oct 24 2022 20:40:00 | IC Systems, Po Box 64378, c/o Advocare Family Medicine, Saint Paul, MN 55164 |
| 518394139 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2022 20:40:00 | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518394122 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2022 20:38:30 | Chase, PO Box 24696, Columbus, OH 43224 |
| 518506519 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 24 2022 20:38:54 | JPMC Specialty Mortgage LLC, f/k/a WM Specialty Mortgage LLC, Chase Records Center, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518394141 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2022 20:39:17 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 518407565 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2022 20:38:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518889388 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 24 2022 20:39:00 | New Jersey Turnpike Authority, Mark Schneider Esq, 1 Turnpike Plaza, PO Box 5042, Woodbridge NJ 07095 |
| 518394143 | + Email/Text: EBN_Waco@Receivemorermp.com | Oct 24 2022 20:40:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518394144 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2022 20:39:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518394145 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2022 20:39:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 518491789 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2022 20:39:01 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518394146 | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2022 20:40:00 | Quantum 3 Group, C/O Sandino Funding LLC., PO Box 788, Kirkland, WA 98083-0788 |
| 518403755 | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2022 20:40:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518394151 | Email/PDF: gecsedi@recoverycorp.com | Oct 24 2022 20:38:41 | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518394152 | Email/PDF: gecsedi@recoverycorp.com |  |  |

District/off: 0312-1                                    User: admin                                              Page 3 of 4
Date Rcvd: Oct 24, 2022                              Form ID: 132                                    Total Noticed: 57

|  |  | Oct 24 2022 20:39:10 | Syncb/Wal-Mart, Po Box 956024, Orlando, FL 32896-5024 |
| 518395736 | + Email/PDF: gecsedi@recoverycorp.com | Oct 24 2022 20:39:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518497620 | + Email/PDF: ebn_ais@aisinfo.com | Oct 24 2022 20:39:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518394153 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 24 2022 20:39:00 | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |
| 518394154 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 24 2022 20:39:10 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518430776 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 24 2022 20:38:58 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518394155 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 24 2022 20:38:58 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 518394126 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2022 20:40:00 | comenitycapital/boscovs, PO Box 182120, Columbus, OH 43218-2120 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518394138 | * | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518394136 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518394137 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2022                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |

District/off: 0312-1

Date Rcvd: Oct 24, 2022

User: admin

Form ID: 132

Page 4 of 4

Total Noticed: 57

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Melissa N. Licker

on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC mlicker@hillwallack.com
HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor Chase Mortgage Holdings  Inc. s/b/m to JPMC Specialty Mortgage LLC phillip.raymond@mccalla.com,
mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC phillip.raymond@mccalla.com
mccallaecf@ecf.courtdrive.com

Seymour Wasserstrum

on behalf of Debtor Mark A Downing mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum

on behalf of Joint Debtor Nadine A Downing mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10