Form 196 − ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−25219−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Mark A Downing                                        Nadine A Downing
   dba Downing Trucking                          960 Mars Place
   960 Mars Place                                         Vineland, NJ 08360
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−5773                                               xxx−xx−2183

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

     On October 24, 2022 a NOTICE OF HEARING ON CONFIRMATION OF PLAN was sent out by the Court which contained an administrative error.

     This notice hereby amends the notice to correct the following information:

Original incorrect information:
NO LOCATION LISTED FOR CONFIRMATION HEARING

Corrected to state:
A plan was confirmed in this case on 12/10/2020, and a modified plan was filed 10/24/22.
Confirmation on this modified plan is scheduled for 11/30/22 at 9:00 in Courtroom 4−B

     The amendment of this notice does not affect deadlines that have been previously set.

Dated: October 25, 2022
JAN: def

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25219-ABA |
| Mark A Downing | Chapter 13 |
| Nadine A Downing | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 25, 2022 | Form ID: 196 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A Downing, Nadine A Downing, 960 Mars Place, Vineland, NJ 08360-2627 |
| cr | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08646-0245 |
| 518394123 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 518394124 | + | City Of Vineland, 640 E Wood St - Po Box 1508, Tax Office, Vineland, NJ 08362-1508 |
| 518394131 | + | EZ Pass, PO Box 52002, Newark, NJ 07101-8202 |
| 518394133 | | Harley Davidson Credit Corp, Dept 15129, Palatine, IL 60055-5129 |
| 518476544 | + | Harley-Davidson, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518394135 | + | Inspira Health Network, 1505 W. Sherman Avenue, Vineland, NJ 08360-7059 |
| 518394140 | + | J&D Furniture, 986 S Delsea Dr, Vineland, NJ 08360-4465 |
| 518486444 | + | John R. Morton, Jr., Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 518394142 | | NJ Housing & Mort Finance Agency, PO Box 18550, Trenton, NJ 08650-2085 |
| 518421026 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518394147 | + | South Jersey Gas, Po Box 577, Attn: Mrs. DeMarco, Hammonton, NJ 08037-0577 |
| 518394148 | + | South Jersey Health System, PO Box 3129, Secaucus, NJ 07096-3129 |
| 518394149 | | State Of New Jersey, PO Box 951, Dept Of Labor And Workforce Development, Trenton, NJ 08625-0951 |
| 518394150 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518418492 | + | State of New Jersey Department of Labor, P O BOX 951, Trenton NJ 08625-0951 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518394117 | + | Email/Text: bankruptcynotices@aarons.com | Oct 25 2022 20:27:00 | Aaron's, PO Box 102746, Atlanta, GA 30368-2746 |
| 518394118 | + | Email/Text: bankruptcynotices@aarons.com | Oct 25 2022 20:27:00 | Aaron's Sales And Leasing, 106 West Landis Ave Suite 7, Vineland, NJ 08360-8114 |
| 518394119 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2022 20:36:51 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 518394120 | ^ | MEBN | Oct 25 2022 20:27:11 | Apex Asset Management, 2501 Oregon Pike Ste 102, c/o Center for Diagnostic Imaging, Lancaster, PA 17601-4890 |
| 518394121 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 25 2022 20:27:00 | Caine & Weiner, PO Box 55848, c/o progressive insurance, Sherman Oaks, CA 91413 |
| 518406638 | + | Email/Text: documentfiling@lciinc.com | Oct 25 2022 20:26:00 | COMCAST, PO BOX 1931, Burlingame, CA |

Case 19-25219-ABA    Doc 72    Filed 10/27/22    Entered 10/28/22 00:11:34    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 196 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | 94011-1931 |
| 518406589 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 25 2022 20:26:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE RD, SOUTHFIELD , MI 48034 |
| 518394125 | | Email/Text: documentfiling@lciinc.com | Oct 25 2022 20:26:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |
| 518394127 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 25 2022 20:26:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 518406808 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 25 2022 20:26:00 | Credit Acceptance Corp., 25505 W 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518394128 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 25 2022 20:37:01 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 518394129 | | Email/Text: operationsclerk@easypayfinance.com | Oct 25 2022 20:26:00 | Duvera Collections, 1910 Palomar Point Wayste 101, Carlsbad, CA 92008 |
| 518461811 | | Email/Text: operationsclerk@easypayfinance.com | Oct 25 2022 20:26:00 | Duvera Financial, dba: Easy Pay Finance, PO Box 2549, Carlsbad CA 92018 |
| 518394130 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2022 20:37:02 | Ecast Settlement Corp, PO Box 29262, New York, NY 10087-9262 |
| 518394132 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 25 2022 20:27:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 518422375 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 25 2022 20:26:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518394134 | | Email/Text: Bankruptcy@ICSystem.com | Oct 25 2022 20:27:00 | IC Systems, Po Box 64378, c/o Advocare Family Medicine, Saint Paul, MN 55164 |
| 518394139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 25 2022 20:27:00 | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518394122 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2022 20:36:49 | Chase, PO Box 24696, Columbus, OH 43224 |
| 518506519 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2022 20:37:11 | JPMC Specialty Mortgage LLC, f/k/a WM Specialty Mortgage LLC, Chase Records Center, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518394141 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 20:37:15 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 518407565 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 20:36:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518889388 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 25 2022 20:26:00 | New Jersey Turnpike Authority, Mark Schneider Esq, 1 Turnpike Plaza, PO Box 5042, Woodbridge NJ 07095 |
| 518394143 | + | Email/Text: EBN_Waco@Receivemorermp.com | Oct 25 2022 20:27:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518394144 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 25 2022 20:26:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518394145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 20:37:13 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 518491789 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 20:37:13 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518394146 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2022 20:27:00 | Quantum 3 Group, C/O Sandino Funding LLC., PO Box 788, Kirkland, WA 98083-0788 |
| 518403755 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2022 20:27:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518394151 | | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 20:36:50 | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518394152 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 25 2022 20:36:50 | Syncb/Wal-Mart, Po Box 956024, Orlando, FL 32896-5024 |
| 518395736 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 20:37:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518497620 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2022 20:36:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518394153 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 25 2022 20:26:00 | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |
| 518394154 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2022 20:37:12 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518430776 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2022 20:37:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518394155 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2022 20:37:11 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 518394126 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2022 20:27:00 | comenitycapital/boscovs, PO Box 182120, Columbus, OH 43218-2120 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518394138 | * | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518394136 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518394137 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Melissa N. Licker
on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor Chase Mortgage Holdings  Inc. s/b/m to JPMC Specialty Mortgage LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Seymour Wasserstrum
on behalf of Debtor Mark A Downing mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
on behalf of Joint Debtor Nadine A Downing mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10