**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (Camden)**

| | |
|---|---|
| IN RE: | Case No: 19-25219 |
| | Loan Number (Last 4): 1939 |
| Debtors: Mark A Downing | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MEB Loan Trust VII | JPMC Specialty Mortgage LLC |
|---|---|
| Serviced by Select Portfolio Servicing, Inc. | f/k/a WM Specialty Mortgage LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 15 |
| Amount of Claim: | $103,639.25 |
| Date Claim Filed: | 10/10/2019 |
| Last Four Digits of Acct #: | 6259 |

Phone:  1-800-258-8602
Last Four Digits of Acct #:  1939

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:  1-800-258-8602
Last Four Digits of Acct #:  1939

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ John Shelley                                   Date:  11/21/2022
InfoEx, LLC, as authorized filing agent
(Approved by: Kiara Richardson)

Specific Contact Information:

Kiara Richardson - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.