Order Filed on January 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Email: mylawyer7@aol.com
Attorney for Debtor(s)

In Re:

Mark A. Downing
Nadine

Case No.: 19-25219

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 6, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections have been raised, it is:

ORDERED that \_\_\_\_\_Seymour Wasserstrum_____ the applicant, is allowed a fee of _____$993.25_____ for services rendered and expenses in the amount of _____$2.86_____ for a total of \_\_\_\_\_$996.11\_\_\_\_ . The allowance is payable:

[X]    through the Chapter 13 as an administrative priority.

[ ]    outside the plan.

The debtor's monthly plan is modified to require a payment of _____$497.00_____ per month for \_\_\_\_19\_\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*