Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-25219 (ABA)

Mark A. Downing and Nadine A. Downing  
960 Mars Place  
Vineland, NJ  08360

Monthly Payment: $439.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $433.00 | 02/01/2022 | $433.00 | 03/18/2022 | $433.00 | 05/02/2022 | $433.00 |
| 05/25/2022 | $433.00 | 06/28/2022 | $433.00 | 08/10/2022 | $433.00 | 10/04/2022 | $433.00 |
| 11/28/2022 | $433.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARK A. DOWNING | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $4,060.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $983.65 | $983.65 | $0.00 | $983.65 |
| 1 | AARON'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AARON'S SALES AND LEASING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAINE & WEINER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | SELECT PORTFOLIO SERVICING, INC. | 24 | $7,724.36 | $5,678.75 | $2,045.61 | $4,106.03 |
| 7 | CITY OF VINELAND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF VINELAND | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | COMCAST | 33 | $379.72 | $0.00 | $0.00 | $0.00 |
| 10 | CREDIT ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DUVERA FINANCIAL | 33 | $389.40 | $0.00 | $0.00 | $0.00 |
| 13 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ECAST SETTLEMENT CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | HARLEY-DAVIDSON CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | HARLEY DAVIDSON CREDIT CORP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | IC SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DEPARTMENT OF THE TREASURY | 28 | $4,059.27 | $0.00 | $4,059.27 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 33 | $9,451.42 | $0.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | J&D FURNITURE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $1,034.33 | $0.00 | $0.00 | $0.00 |
| 25 | NJ HOUSING & MORT FINANCE AGENCY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | PMAB LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $823.00 | $0.00 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SOUTH JERSEY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | STATE OF NEW JERSEY | 33 | $0.76 | $0.00 | $0.00 | $0.00 |
| 33 | SYNCB/CARE CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SYNCB/WAL-MART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | VERIZON BY AMERICAN INFOSOURCE | 33 | $71.66 | $0.00 | $0.00 | $0.00 |
| 37 | WELLS FARGO BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | WELLS FARGO BANK, N.A. | 24 | $10,271.00 | $7,480.61 | $2,790.39 | $5,407.78 |
| 39 | QUANTUM3 GROUP, LLC | 33 | $1,140.11 | $0.00 | $0.00 | $0.00 |
| 40 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | NADINE A. DOWNING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | COMCAST | 33 | $195.62 | $0.00 | $0.00 | $0.00 |
| 44 | STATE OF NEW JERSEY | 33 | $7,411.42 | $0.00 | $0.00 | $0.00 |
| 45 | STATE OF NEW JERSEY | 33 | $6,204.87 | $0.00 | $0.00 | $0.00 |
| 46 | WELLS FARGO BANK, N.A. | 33 | $3,523.45 | $0.00 | $0.00 | $0.00 |
| 47 | JPMORGAN CHASE BANK, N.A. | 24 | $20,722.75 | $319.93 | $20,402.82 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2019 | 12.00 | $0.00 |
| 09/01/2020 | Paid to Date | $10,127.00 |
| 10/01/2020 | 47.00 | $439.00 |
| 09/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,897.00 |
| Total paid to creditors this period: | $14,557.46 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,815.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**