Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−25219−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Mark A Downing                                                 Nadine A Downing
   dba Downing Trucking                                  960 Mars Place
   960 Mars Place                                                  Vineland, NJ 08360
   Vineland, NJ 08360

Social Security No.:
  xxx−xx−5773                                                       xxx−xx−2183

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 12, 2023.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 12, 2023
JAN: har

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mark A Downing  
Nadine A Downing  
    Debtors

Case No. 19-25219-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Jan 12, 2023      Form ID: 148      Total Noticed: 60

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A Downing, Nadine A Downing, 960 Mars Place, Vineland, NJ 08360-2627 |
| aty | #+ | Douglas McDonough, Frenkel Lambert Weiss Weisman & Gordon, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| cr | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08646-0245 |
| 518394123 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 518394124 | + | City Of Vineland, 640 E Wood St - Po Box 1508, Tax Office, Vineland, NJ 08362-1508 |
| 518394131 | + | EZ Pass, PO Box 52002, Newark, NJ 07101-8202 |
| 518394133 | | Harley Davidson Credit Corp, Dept 15129, Palatine, IL 60055-5129 |
| 518476544 | + | Harley-Davidson, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518394135 | + | Inspira Health Network, 1505 W. Sherman Avenue, Vineland, NJ 08360-7059 |
| 518394140 | + | J&D Furniture, 986 S Delsea Dr, Vineland, NJ 08360-4465 |
| 518486444 | + | John R. Morton, Jr., Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 518394142 | | NJ Housing & Mort Finance Agency, PO Box 18550, Trenton, NJ 08650-2085 |
| 518421026 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518394147 | + | South Jersey Gas, Po Box 577, Attn: Mrs. DeMarco, Hammonton, NJ 08037-0577 |
| 518394148 | + | South Jersey Health System, PO Box 3129, Secaucus, NJ 07096-3129 |
| 518394149 | | State Of New Jersey, PO Box 951, Dept Of Labor And Workforce Development, Trenton, NJ 08625-0951 |
| 518394150 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518418492 | + | State of New Jersey Department of Labor, P O BOX 951, Trenton NJ 08625-0951 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518394117 | + | Email/Text: bankruptcynotices@aarons.com | Jan 12 2023 20:47:00 | Aaron's, PO Box 102746, Atlanta, GA 30368-2746 |
| 518394118 | + | Email/Text: bankruptcynotices@aarons.com | Jan 12 2023 20:47:00 | Aaron's Sales And Leasing, 106 West Landis Ave Suite 7, Vineland, NJ 08360-8114 |
| 518394119 | + | EDI: AIS.COM | Jan 13 2023 01:44:00 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 518394120 | ^ | MEBN | Jan 12 2023 20:45:08 | Apex Asset Management, 2501 Oregon Pike Ste 102, c/o Center for Diagnostic Imaging, Lancaster, PA 17601-4890 |
| 518394121 | | Email/Text: caineweiner@ebn.phinsolutions.com | | |

Case 19-25219-ABA    Doc 81    Filed 01/14/23    Entered 01/15/23 00:18:12    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 148 | Total Noticed: 60 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 12 2023 20:46:00 | Caine & Weiner, PO Box 55848, c/o progressive insurance, Sherman Oaks, CA 91413 |
| 518406638 | + | EDI: LCIFULLSRV | Jan 13 2023 01:34:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518406589 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2023 20:46:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE RD, SOUTHFIELD, MI 48034 |
| 518394125 | | EDI: COMCASTCBLCENT | Jan 13 2023 01:34:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |
| 518394127 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2023 20:46:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 518406808 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2023 20:46:00 | Credit Acceptance Corp., 25505 W 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518394128 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2023 20:58:21 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 518394129 | | Email/Text: operationsclerk@easypayfinance.com | Jan 12 2023 20:46:00 | Duvera Collections, 1910 Palomar Point Wayste 101, Carlsbad, CA 92008 |
| 518461811 | | Email/Text: operationsclerk@easypayfinance.com | Jan 12 2023 20:46:00 | Duvera Financial, dba: Easy Pay Finance, PO Box 2549, Carlsbad CA 92018 |
| 518394130 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2023 20:58:56 | Ecast Settlement Corp, PO Box 29262, New York, NY 10087-9262 |
| 518394132 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 12 2023 20:47:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 518422375 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 12 2023 20:46:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518394134 | + | EDI: LCIICSYSTEM | Jan 13 2023 01:44:00 | IC Systems, Po Box 64378, c/o Advocare Family Medicine, Saint Paul, MN 55164-0378 |
| 518394139 | | EDI: IRS.COM | Jan 13 2023 01:44:00 | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518394122 | | EDI: JPMORGANCHASE | Jan 13 2023 01:34:00 | Chase, PO Box 24696, Columbus, OH 43224 |
| 518506519 | | EDI: JPMORGANCHASE | Jan 13 2023 01:34:00 | JPMC Specialty Mortgage LLC, f/k/a WM Specialty Mortgage LLC, Chase Records Center, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518394141 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:24 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 518407565 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519771309 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 12 2023 20:47:00 | MEB Loan Trust VII, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, MEB Loan Trust VII, Serviced by Select Portfolio Servicing, |
| 519771308 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 12 2023 20:47:00 | MEB Loan Trust VII, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518889388 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 12 2023 20:46:00 | New Jersey Turnpike Authority, Mark Schneider Esq, 1 Turnpike Plaza, PO Box 5042, Woodbridge NJ 07095 |
| 518394143 | + | Email/Text: EBN_Waco@Receivemorermp.com | Jan 12 2023 20:48:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518394144 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2023 20:46:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518394145 | | EDI: PRA.COM | Jan 13 2023 01:44:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 148 | Total Noticed: 60 |

| 518491789 | EDI: PRA.COM | Jan 13 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518394146 | EDI: Q3G.COM | Jan 13 2023 01:44:00 | Quantum 3 Group, C/O Sandino Funding LLC., PO Box 788, Kirkland, WA 98083-0788 |
| 518403755 | EDI: Q3G.COM | Jan 13 2023 01:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518394151 | EDI: RMSC.COM | Jan 13 2023 01:34:00 | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518394152 | EDI: RMSC.COM | Jan 13 2023 01:34:00 | Syncb/Wal-Mart, Po Box 956024, Orlando, FL 32896-5024 |
| 518395736 | + EDI: RMSC.COM | Jan 13 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518497620 | + EDI: AIS.COM | Jan 13 2023 01:44:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518394153 | + EDI: VERIZONCOMB.COM | Jan 13 2023 01:34:00 | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |
| 518394154 | + EDI: WFFC2 | Jan 13 2023 01:44:00 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518430776 | + EDI: WFFC2 | Jan 13 2023 01:44:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518394155 | + EDI: WFFC2 | Jan 13 2023 01:44:00 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 518394126 | EDI: WFNNB.COM | Jan 13 2023 01:44:00 | comenitycapital/boscovs, PO Box 182120, Columbus, OH 43218-2120 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518394138 | * | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518394136 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518394137 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2023          Signature:     /s/Gustava Winters

Case 19-25219-ABA    Doc 81    Filed 01/14/23    Entered 01/15/23 00:18:12    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 148 | Total Noticed: 60 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust VII dmcdonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Melissa N. Licker | on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Chase Mortgage Holdings Inc. s/b/m to JPMC Specialty Mortgage LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Seymour Wasserstrum | on behalf of Debtor Mark A Downing mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Nadine A Downing mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11